IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JULIE ANN ROZELL,<br><br>Defendant. | CR 12–105–BLG–DWM–1<br><br>ORDER |

Defendant Julie Ann Rozell's Motion for Early Termination of Supervised Release is now before the Court. (Doc. 141.) Having considered the factors in 18 U.S.C. § 3553(a), the conduct of Defendant—including the December 8, 2016 Report on Offender Under Supervision, (Doc. 133), and Defendant's arguments, the Court is not satisfied that early termination is warranted by "the interest of justice." 18 U.S.C. § 3583(e)(1).

Accordingly, IT IS ORDERED that Defendant's motion (Doc. 141) is DENIED.

Dated this 16 day of November, 2018.

Donald W. Molloy, District Judge
United States District Court